

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT MASINO, ROBERT CHEVERIE, JOHN PETERS, ANTHONY FASULO, MICHAEL SCARAGGI and DOMINICK AGOSTINO, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>HALCYON CONSTRUCTION CORP.,<br><br>Defendant. | 06 Civ. 1450 (ARR)<br><br>**STIPULATION**<br>**OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the above-captioned action is hereby dismissed with prejudice and without costs to either party as against the other.

Dated: New York, New York
~~May 23,~~ 2006
June 16,

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
Charles R. Virginia (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, N.Y. 10006
Attorneys for Plaintiffs

SACKS MONTGOMERY

By: _____
Deborah C. Roth (CR-4220)
800 Third Avenue
New York, New York 10022
Attorneys for Defendant

SO ~~O~~RDERED:

_Allyne R. Ross_    6/20/06
U.S.D.J.